UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>   Defendant. | Civil Action No.: 15-2009-RCL |

### PLAINTIFF'S COMBINED STATUS REPORT AND MOTION FOR STATUS CONFERENCE

Plaintiff Center for Biological Diversity ("Center") respectfully submits this status report and moves for the Court to schedule a status conference in this matter. As grounds thereof, Plaintiff states as follows:

1. This action under the Freedom of Information Act ("FOIA") was filed on November 17, 2015. ECF No. 1. Defendant U.S. Bureau of Land Management ("BLM") filed its Answer on January 27, 2016. ECF No. 11.

2. On or about November 15, 2016, BLM completed its initial response to the Center's FOIA request, and on or about December 15, 2016, BLM filed its initial *Vaughn* Index. *See* ECF No. 21.

3. The Parties have previously conferred in an attempt to resolve and/or narrow the remaining issues in dispute. In conjunction with those discussions, BLM completed a supplemental search on or about March 15, 2017, produced supplemental material to the Center on or about May 2, 2017, and provided a supplemental *Vaughn* Index on June 13, 2017.

4. On July 14, 2017, the Center provided BLM with a letter outlining concerns with the scope of the agency's search for and production of records.

5.      In the Parties' Joint Status Report of November 1, 2017, ECF No. 28, BLM represented that it was gathering non-exempt responsive records previously released to the Center and correlating them with the *Vaughn* index, and preparing a list of search parameters, terms, and the records custodians and locations of the searches.  BLM represented that it would complete its response "shortly."  ECF No. 28.

6.      BLM provided the Center with 2,871 records and an 86 page *Vaughn* index on November 8, 2017, but provided no letter with these records to explain its redactions and withholdings.

7.      In anticipation of filing a joint status report with the Court today, and in an effort to resolve this matter without the Court's involvement, Plaintiff's counsel reached out to BLM's counsel on November 14, 2017, and asked for additional information about BLM's redactions of responsive material that is contained in the records that BLM provided to Plaintiff on November 8, 2017.  Exhibit 1.  Specifically, Plaintiff requested information to allow it to ascertain whether BLM's justifications for the redactions pursuant to Exemption 5 are adequate.  *Id.*  The Center also informed BLM's counsel that it wanted to tell the Court the status of BLM's response to these items in the joint status report that is due today.  *Id.*

8.      Earlier today, counsel for BLM sent some of the answers to the Center's questions, but Plaintiff maintains that there are other issues that still need to be resolved.

9.      In light of the length of time that has passed in this matter and BLM's failure to adequately respond to the Center's many attempts to resolve the issues in this matter without the Court's involvement, and its failure to provide the Center with information necessary to do so, the Plaintiff believes that it would best serve judicial efficiency and the interests of the Parties to hold a (telephonic) status hearing to discuss whether a court-imposed schedule for production of

records and a final determination is proper and/or whether to lift the stay and impose a briefing schedule for cross-motions for summary judgment.

10.     Thus, Plaintiff respectfully requests a status conference to discuss the BLM's response and to set a briefing schedule that is mutually agreeable to the Parties. Plaintiff also respectfully requests that the Court allow the Parties to appear at the status conference by telephone.

11.     Defendant's position: At this time, BLM FOIA has produced to the Center the revised release with Bates numbers matching the previously-produced *Vaughn* index. BLM FOIA has now completed its full production to the Center, and provided the Center with search details. While BLM FOIA remains willing to try to negotiate a settlement of this matter, it is unclear what, if any, issues remain regarding the search and production.

DATED: November 21, 2017          Respectfully submitted,

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*